IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-218 |
| | ) |
| ANDREW PALMER, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 8th day of October, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 21, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, November 23, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster         ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Gregory J. Nescott,
Assistant United States Attorney

Stanley W. Greenfield, Esquire
Greenfield & Kraut
1035 Fifth Avenue
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation